UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIE MACON,

     Plaintiff,

vs.                                          CASE NO.: 6:26-cv-01163-JSS-LHP


CFS DOWNTOWN LLC,
a Florida Limited Liability Company,
d/b/a CFS COFFEE FRUTOS SELECTOS

     Defendant(s).

_____/

## ANSWERS TO COURT'S INTERROGATORIES

Plaintiff, WILLIE MACON ("Plaintiff"), by and through his undersigned counsel, hereby files his Verified Statement Responding to the Court's Interrogatories, and in support thereof would state:

1. **Residence Address.**

Plaintiff resides at 5905 Wolf Road, Orlando, Florida 32808.

2. **Name of current employer and place of employment.**

None

3. **Date(s) and time(s) that you visited the subject website.**

Plaintiff visited Defendant's website, located at www.cfscoffee.com ("Defendant's Website"), on the following dates:

    a.     March 13, 2026;

    b.     April 10, 2026; and

    c.     May 06, 2026.

**4. Purpose of your visit(s) and duration of your stay(s).**

Plaintiff visited Defendant's Website as a bona fide patron seeking full and equal access to and full and equal enjoyment of Defendant's online products, content, services, and other information offered through Defendant's Website. During each visit, Plaintiff was attempting to browse the offerings and online offers to educate himself as to the offerings, sales, discounts, and promotions being offered, with the intent of making a purchase through Defendant's Website or at Defendant's principal place of business, located at 54 W Church St, Suite 150 S, Orlando, Florida 32801. Plaintiff remains interested in patronizing, and intends to patronize in the near future, Defendant's Website and Defendant's principal place of business once the access barriers are removed or remedied.

The opportunity to search and utilize Defendant's Website from his home, including accessing information about Defendant's goods and services, viewing menus, placing orders, and signing up for electronic communications to receive offers, benefits, exclusive invitations, and discounts, is an important accommodation for Plaintiff because traveling outside of his home as a visually disabled individual is often difficult, hazardous, frightening, frustrating, and confusing. Like many consumers, Plaintiff accesses numerous websites at a time to compare offerings, prices, sales, discounts, events, and promotions.

Plaintiff intended to visit the Principle Place of Business of Defendant but was unable to learn the required information to do so.

**5. Did anyone else accompany you? If so, who?**

No, but subsequently an expert confirmed the barriers encountered.

**6. Describe the nature of your disability.**

Plaintiff is legally blind from Traction Retinal Detachment, Neovascular Glaucoma, and other ocular complications caused by Diabetes Type I, and is therefore substantially limited in performing one or more major life activities, including but not limited to seeing and accurately visualizing his world. Plaintiff is

disabled as defined by the ADA, 42 U.S.C. § 12102(2), and the regulations implementing the ADA set forth at 28 C.F.R. §§ 36.101 et seq. As a result of his visual impairment, Plaintiff cannot use a computer without the assistance of appropriate and available auxiliary aids and requires assistive technologies for effective communication. Plaintiff uses commercially available screen reader software, which translates the visual internet into an auditory equivalent, to access and comprehend digital content, including text messages, emails, and websites.

**7. Specifically list each barrier that you personally observed or experienced on this website.**

**I. ADR 20 LLC – www.cfscoffee.com:**

**a.    Missing new window indication for Social media links**

i.  **Issue:** Social media links, including "Instagram" and "Facebook," open in a new browser window without providing any prior warning or indication to the user. No programmatic or visible notification is presented to inform users that activating these links will result in a new window being launched. This absence of advance notice creates significant confusion, as users may be unaware that their browsing context has changed and may incorrectly assume they remain on the original page.

ii.  **WCAG 2.1 AA Violations:** 2.4.4 -A, 3.2.2 - A - Link Purpose In Context

**b.    Identical and Non-Descriptive "Take me there" Link text**

i.  **Issue:** The link texts "Take me there" and "Purchase" fail to convey a clear or meaningful purpose to the user. These labels do not describe the destination, action, or context associated with the links, making it impossible for users — particularly those who navigate by screen reader — to determine what will occur upon activation. When such links are encountered in isolation or out of surrounding context, as is common when screen reader users navigate via a list of links, the labels provide no actionable information to distinguish whether the link

pertains to a phone call, a purchase, a service inquiry, or another function entirely.

ii. **WCAG 2.1 AA Violations:** 2.4.4 - A - Link Purpose In Context

c. **Logo SVG Image Incorrectly Hidden from Assistive Technologies**

i. **Issue:** The "Coffee for the Soul" logo is rendered using an SVG element; however, it has been explicitly hidden from assistive technologies through the use of role="presentation" and aria-hidden="true". As the logo serves as a meaningful representation of the website's brand identity and may additionally function as a navigational link to the homepage, suppressing its presence from assistive technologies results in screen reader users being entirely unable to access or identify this content. Consequently, users relying on assistive technologies are denied the branding and navigational information that is readily available to sighted users through visual presentation.

ii. **WCAG 2.1 AA Violations:** 1.1.1 - A, 4.1.2 - A - Non Text Content

d. **Missing new window indication for links**

i. **Issue:** Image links such as "Purchase" open in a new browser window without providing any prior warning or indication to the user. No programmatic or visible notification is presented to inform users that activating these links will result in a new window being launched. This absence of advance notice creates significant confusion, as users may be unaware that their browsing context has changed and may incorrectly assume they remain on the original page.

ii. **WCAG 2.1 AA Violations:** 2.4.4 -A, 3.2.2 - A - Link Purpose In Context

e. **Missing new window indication for links**

i. **Issue:** Image links such as "Learn with us" open in a new browser window without providing any prior warning or indication to the user. No programmatic or visible notification is presented to inform users that activating these links will result in a new window being launched. This

absence of advance notice creates significant confusion, as users may be unaware that their browsing context has changed and may incorrectly assume they remain on the original page.

ii. **WCAG 2.1 AA Violations:** 2.4.4 -A, 3.2.2 - A - Link Purpose In Context

f. **Missing new window indication for links**

i. **Issue:** Image links, such as "Where to Purchase," open in a new browser window without providing any prior warning or indication to the user. No accessible notification is presented to inform users that activating the link will result in a new window being launched. This absence of warning leaves users disoriented following link activation, as they may incorrectly assume they remain on the same page. Keyboard-only users and screen reader users are particularly affected, as no programmatic announcement is made to communicate the change in context.

ii. **WCAG 2.1 AA Violations:** 2.4.4 -A, 3.2.2 - A - Link Purpose In Context

g. **Heading Level 1 Not Placed at Start of Main Content**

i. **Issue:** The primary heading of the page, marked as a level-one heading (<h1>), is not positioned at the beginning of the main content area. Instead, it appears after lower-level headings such as <h2> and <h3>, resulting in a heading hierarchy that is structurally illogical and non-sequential. This misplacement prevents users from being introduced to the main topic of the page at the appropriate point in the content flow, making it impossible to accurately interpret the page's content hierarchy through heading navigation alone.

ii. **WCAG 2.1 AA Violations:** 1.3.1 - A - Info And Relationships

h. **Missing Heading Structure for Our Insignia Products text**

i. **Issue:** The text "Our Insignia Products" is not marked up using any appropriate HTML heading element, such as <h1> through <h6>. As a

result, this text is not recognized as a section heading by assistive technologies, and the beginning and purpose of the corresponding content section cannot be identified programmatically. Users who rely on heading-based navigation are unable to locate or jump to this section using standard screen reader shortcuts, creating a significant barrier to efficient page navigation and content comprehension.

ii. **WCAG 2.1 AA Violations:** 1.3.1 - A - Info And Relationships

**i.     Focusable Image with Incorrect Button Role**

i. **Issue:** An image element on the page has been made focusable and assigned a role="button" attribute; however, the element does not perform any action when activated. This constitutes a significant programmatic misrepresentation, as assistive technologies will announce the element as an interactive button, leading users to expect functional behavior upon activation. When no action occurs in response to keyboard or assistive technology interaction, users are left without any means of understanding the element's purpose, undermining their ability to trust and accurately interpret the interface.

ii. **WCAG 2.1 AA Violations:** 4.1.2 - A, 2.1.1 - A, 1.1.1 - A - Name Role Value

**j.     Hidden Focusable links in the page**

i. **Issue:** During keyboard navigation, one or more links that are visually hidden on the page receive keyboard focus and are announced by screen readers. Because these links are not rendered visibly on screen, sighted keyboard users are unable to perceive where focus has moved, resulting in a loss of visible focus indication. This creates a significant barrier for both keyboard-only users and screen reader users, as the purpose and destination of these hidden links cannot be determined, and users may inadvertently activate them without any understanding of the associated action or outcome.

    ii. **WCAG 2.1 AA Violations:** 2.4.3 - A - Focus Order

**k.**    **Missing new window indication for links**

    i. **Issue:** Image links such as "Work with us" and "Visit our market" open in a new browser window without providing any prior warning or indication to the user. No visual or programmatic notification is presented to inform users that activating these links will result in a new window being launched. This absence of disclosure creates significant navigational confusion, as users may be unaware that their browsing context has changed, leading them to believe they remain on the original page. Keyboard-dependent users and those relying on screen readers are particularly affected, as no accessible announcement is made to signal the change in context upon activation of these links.

    ii. **WCAG 2.1 AA Violations:** 2.4.4 -A, 3.2.2 - A - Link Purpose In Context

**l.**    **PDF does not contain a tag structure**

    i. **Issue:** The "Cfs Coffee lunch dinner menu" PDF lacks a proper tag structure, rendering it inaccessible to users who rely on assistive technologies. The document does not contain the semantic tags necessary to convey a logical reading order, meaning that screen readers are unable to interpret or present the content in a meaningful or coherent sequence. Images embedded within the PDF are not accompanied by alternative text descriptions, and textual content is not appropriately labelled or structured using recognized heading, list, or section tags. This absence of accessible tagging makes it impossible for users dependent on screen readers to independently read, navigate, or derive information from the menu document.

    ii. **WCAG 2.1 AA Violations:** 1.3.1- A, 1.1.1 - A, 2.4.3 - A, 1.3.2 - A, 4.1.2 - A - Pdf

8. **Did you take notes or make a contemporaneous record of these barriers? If so, please attach a copy to these Answers.**

Plaintiff did not personally take photographs or written notes due to his blindness. However, the access barriers Plaintiff encountered were confirmed and documented by Plaintiff's expert, Till Paris, who evaluated Defendant's Website on or about April 8, 2026, and again on May 7, 2026. The Declaration of Till Paris setting forth the access barriers found on Defendant's Website was attached to the Complaint as Composite Exhibit 1.

Additionally, a User Journey Video was taken documenting the barriers encountered.

9. **Please list any other Title III cases in which you have been a party in this District.**

I have been a plaintiff in approximately 5 Title III cases in this district. Please see attached "Select a Case" printout from the Middle District of Florida Electronic Case Filing System, attached hereto as *Exhibit A.*

### VERIFICATION

Pursuant to 28 U.S.C. § 1746. I verify under penalty of perjury that the

foregoing is true and correct.

Executed on: 06/15/2026

By: *Willie macon*

**Willie Macon**
**Plaintiff**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 16, 2026, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that

the foregoing document is being served this day via us mail:

CFS DOWNTOWN LLC
c/o KLAV ENTERPRISE GROUP LLC
188 WILSHIRE BLVD
CASSELBERRY, FL 32707

**ADA LEGAL TEAM, LLC**
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Phone: (561) 227-9821
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQUIRE
Florida Bar No.: 0105553
**DESIGNATED LEAD COUNSEL**
**Primary Email:** greg@sconzolawoffice.com
**Secondary Email**: greg@adalegalteam.com
**Secondary Email:** kevin@adalegalteam.com
**Attorney for Plaintiff**
