An official website of the United States government.   Here's how you know. ⌄

Log in to PACER Systems →



# Exhibit A

Party Search Results

**Search Criteria:** Party Search; Last Name: [Macon]; First Name: [Willie]
**Result Count:** 5 (1 page)
**Current Page:** 1

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Macon, Willie (pla) | 6:2026cv00847 | Macon v. Juicy Smoothie LLC | FLORIDA MIDDLE DISTRICT COURT | 04/17/2026 | |
| Macon, Willie (pla) | 6:2026cv00922 | Macon v. ADR 20 LLC | FLORIDA MIDDLE DISTRICT COURT | 04/27/2026 | |
| Macon, Willie (pla) | 6:2026cv01163 | Macon v. CFS Downtown LLC | FLORIDA MIDDLE DISTRICT COURT | 05/26/2026 | |
| Macon, Willie (pla) | 6:2026cv01311 | Macon v. Foxtail Store 1022, LLC | FLORIDA MIDDLE DISTRICT COURT | 06/15/2026 | |
| Macon, Willie (pla) | 6:2026cv01312 | Macon v. Team Winn LLC | FLORIDA MIDDLE DISTRICT COURT | 06/15/2026 | |

| PACER Service Center | 06/16/2026 15:55:15 |
|---|---|
| **User** | sconzolaw |
| **Client Code** | |
| **Description** | All Court Types Party Search |
| | All Courts; Name Macon, Willie; Court ID FLM; Jurisdiction CV; Nature Of Suit 446; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ       Privacy & Security       Contact Us

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.